377 A.2d 996

Fix v. Buono, Appellant, et al.

Argued June 14, 1977.

Charles W. Craven, with him E. Paul Maschmeyer, for appellant; Edward F. Silva, for appellee.

Order affirmed.

377 A.2d 996

Fortna, Appellant, v. Material Handling
Equipment Company et al.

Argued June 13, 1977.

James M. Potter, with him Liever, Hyman & Potter, for appellant; Richard A. Bausher and David M. Kozloff, for appellees.

Judgment affirmed.

PRICE, J., did not participate in the consideration or decision of this case.